IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KRISTINE K. YATES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Civ. No. 6:17-cv-01819-AA<br><br>JUDGMENT |

This case is DISMISSED.

DATED: 5/8/2020

                                      Mary L. Moran, Clerk

                                      By    /s/ Cathy Kramer
                                                      Deputy Clerk

1 –JUDGMENT